IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JODIE A. PENNINGTON**                                                              **PLAINTIFF**

v.                                    No. 4:10-cv-1071-DPM

**THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; B. ALAN
SUGG; MILO SHULT; TONY WINDHAM;
TOM TROXEL; and KEITH LUSBY**                                         **DEFENDANTS**

## JUDGMENT

Pennington's complaint is dismissed with prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2012